NIGHT BOX FILED

FEB 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

0-06164
CIV-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

MAGISTRATE JUDGE
TURNOFF

vs.

HENRY FERGUSON

    Defendant.
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___Yes _X_No

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: _____
    MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9352
    Fax No. (305) 530-7195
    Bar No. A5500282

DATED  1/30/00